JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Matter of the Estate of CAROLYN H. PACHECO,<br><br>Decedent. | No. CV 23-3229-JFW(RAOx)<br><br>**ORDER DISSOLVING TEMPORARY RESTRAINING ORDER AND DISMISSING CASE** |

Pursuant to the parties' stipulation, and for good cause shown, IT IS ORDERED that:

1. Petitioner Connie Cabrera ("Petitioner")'s temporary restraining order ("TRO") against Mortgage Lender Services, Inc., issued by Superior Court Judge Gus T. May on April 21, 2023 and removed to this Court on April 28, 2023 is hereby dissolved; and

2. This case is dismissed with prejudice.

Dated: May 23, 2023

Hon. John F. Walter
U.S. District Judge

Presented by:
/s/
Yujin Chun
Assistant United States Attorney
Attorneys for Defendants

1